IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GUS JOHNSON, : | | |
| AIS #108854 : | | |
| : | | |
| Plaintiff, : | | |
| : | | |
| vs. : | | CIVIL ACTION 15-135-CG-M |
| : | | |
| KIM THOMAS, *et. al.*, : | | |
| : | | |
| Defendants. : | | |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Defendant's Motion for Summary Judgment be **GRANTED**, and Plaintiff's action be **DISMISSED** against Defendants, Kim Thomas, Cynthia Stewart, Alfie Pacheco, and Calvin Wilson, with prejudice.

**DONE and ORDERED** this 11th day of February, 2016.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE