IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GUS JOHNSON, <br> AIS #108854 <br><br> Plaintiff, <br><br> vs. <br><br> KIM THOMAS, *et. al.*, <br><br> Defendants. | CIVIL ACTION 15-135-CG-M |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** on all claims is entered in favor of Defendants, Kim Thomas, Cynthia Stewart, Alfie Pacheco, and Calvin Wilson, and against Plaintiff, Gus Johnson. Accordingly, all Plaintiff's claims against the aforementioned defendants are hereby **DISMISSED with prejudice**.

**DONE and ORDERED** this 11th day of February, 2016.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE